# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SERGUEI DOSSIOUKOV,**
**ELENA P. SEREBRIAKOVA,**
**MSD**, **a minor child,**

    Plaintiffs,

  V.            CASE NUMBER: **07-C-573**

**MICHAEL B. MUKASEY, Attorney General of the United States,**
**MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,**
**EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration**
  **Services,**
**RUTH A. DOROCHOFF, District Director of the U.S. Citizenship and**
  **Immigration Services of the Chicago District Office,**
**GERALD HEINAUER, District Director of USCIS Service Center, Lincoln,**
  **Nebraska,**
**KAY LEOPOLD, Director of the Milwaukee Office of U.S. Citizenship and**
  **Immigration Services,**
**ROBERT S. MUELLER, Director of the FBI,**

    Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' Motion to Dismiss the Plaintiffs' mandamus action to compel the U.S. Citizenship and Immigration Services to immediately adjudicate Serguei Dossioukov's application for an adjustment to permanent resident status is GRANTED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **January 15, 2008** | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |